# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ANGIE ROSE JIMENEZ
**Case Number:** 4:14-BK-13709-BMW  **Chapter:** 11
**Date / Time / Room:** TUESDAY, MARCH 10, 2015 11:15 AM  COURTROOM 446
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** CINDY TURNBULL
**Reporter / ECR:** ANN MARIE VENTURA

## Matter:

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY INOCENTE NAVARRO MOLINA III (est. 1 min) (SET AT HRG HELD 1/15/15) (CONT. FROM 2/20/15)

**R / M #:** 41 / 0

## Appearances:

ERIC OLLASON, ATTORNEY FOR ANGIE ROSE JIMENEZ
ERIC SLOCUM SPARKS, ATTORNEY FOR INOCENTE MOLINA, III

## Proceedings:

MR. SPARKS STATES MR. OLLASON TRIED TO DELIVER A CHECK TO THE TITLE COMPANY, BUT THEY DIDN'T ACCEPT THE PAYMENT BECAUSE THE PROPERTY IS IN A TRUSTEE'S SALE. HE IS GOING TO TRY TO STRAIGHTEN THIS OUT. HE HAS AGREED TO PUT OFF THE VALUATION HEARING, AND THIS MATTER CAN RIDE WITH CONFIRMATION.

COURT: THE DISCLOSURE STATEMENT IS SET FOR APRIL 22, 2015 AT 10:00 A.M., AND THIS MATTER WILL BE CONTINUED TO THAT DATE AND TIME.

MR. OLLASON STATES HE TRIED TO DELIVER THE CHECK TO MR. SPARKS' OFFICE, AND THEY WOULDN'T ACCEPT IT EITHER.